UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH VOLFMAN,
                                Plaintiff,

                          22 Civ. 10121 (LGS)
            -against-

                          ORDER
JAJAJA WEST VILLAGE LLC, ET AL.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated December 9, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for January 25, 2023;

      WHEREAS, Defendants were served on December 22, 2022;

      WHEREAS, Defendants were required to respond to the Complaint by January 12, 2023;

      WHEREAS, Defendants have not appeared in this case and have not timely responded to the Complaint;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **January 25, 2023, at noon**, and shall explain why they have not complied with the Court's deadlines.  If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendants, no later than **January 25, 2023, at noon**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order

to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for January 25, 2023, is adjourned to **February 1, 2023, at 4:20 P.M.**

Dated: January 19, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE