UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ——————————————————————x

JOSEPH VOLFMAN,                                       Civil Action No.

       Plaintiff,                                        1:22-cv-10121-LGS

       -against-

JAJAJA WEST VILLAGE LLC d/b/a JAJAJA and
63 CRMN LLC

       Defendant(s)

                                                            JOINT STIPULATION OF
                                                             DISMISSAL WITH PREJUDICE
 ——————————————————————x

       Plaintiff Joseph Volfman, and Defendant JAJAJA WEST VILLAGE LLC d/b/a JAJAJA and 63 CRMN LLC by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

       Dated: 02/14/2023

By: _____          By: _____

Andre Autz, Esq .                    Vincent J. Licata, P.C.
*Attorney for Plaintiff*             225 Broadway Suite 3707
Nacmias Law Firm, PLLC.              New York, New York 10007
940 Atlantic Ave                     212-349-6565
Brooklyn, New York 11238             212-349-5781 (fax)
(917) 602-6057                       lawoffice225@aol.com